UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SMITH,<br><br>                      Plaintiff,<br><br>   v.<br><br>ARBUTUS PARK MANOR d/b/a ARBUTUS PARK RETIREMENT COMMUNITY,<br><br>                      Defendant. | Case No. 3:15-cv-00321-KRG<br><br>*Electronically Filed* |

## STIPULATION OF DISCONTINUANCE

Plaintiff, Michael Smith, and Defendant, Arbutus Park Manor d/b/a Arbutus Park Retirement Community, by their respective attorneys, hereby stipulate and agree to discontinue and dismiss the above-referenced action, with prejudice, and without costs for any party.

| | |
|---|---|
| /s/ Derrek W. Cummings<br>Derrek W. Cummings, Esquire<br>PA. I.D. No.: 83286<br>McCarthy Weisberg Cummings, P.C.<br>2041 Herr Street<br>Harrisburg, PA 17103-1624<br>Phone: (717) 238-5707<br>dcummings@mwcfirm.com<br><br>*Counsel for Plaintiff* | /s/ Trisha A. Gill<br>Trisha A. Gill, Esquire<br>PA. I.D. No.: 83751<br>Litchfield Cavo, LLP<br>One Gateway Center, Suite 600<br>420 Ft. Duquesne Boulevard<br>Pittsburgh, PA 15222<br>Phone: (412) 291-8242<br>gill@litchfieldcavo.com<br><br>*Counsel for Defendant* |